# Exhibit A

E-FILED
09/01/2021 04:10 PM
KATHY L. SHUPERT, CLERK
COMMON PLEAS COURT
SCIOTO COUNTY OHIO
21CIH00177

# IN THE COURT OF COMMON PLEAS FOR SCIOTO COUNTY, OHIO
## GENERAL DIVISION

| | |
|---|---|
| **ANTHONY SNYDER,**<br><br>2776 Dutch Ridge Road<br>Portsmouth, OH 45662<br><br>**PLAINTIFF,**<br><br>v.<br><br>**FLUOR CONSTRUCTORS INTERNATIONAL, INC.,**<br><br>C/O Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215<br><br>and,<br><br>**RANDY HORSTLEY**<br><br>2446 Gallia Pike,<br>Franklin Furnace, OH 45629<br><br>**DEFENDANTS.** | **COMPLAINT WITH JURY DEMAND ENDORSED HEREON**<br><br>REFILED CASE NO. 20 CIH 00139 |

## I. NATURE OF THE CLAIMS

1. This is a civil action by Plaintiff Anthony Snyder against his former employer, Fluor Constructors International, Inc., and his former supervisor Randy Horstley. Defendants unlawfully terminated Mr. Snyder because of his age.

2. Accordingly, Mr. Snyder now files this civil action. He seeks to recover for the harm he has suffered, to punish Defendants for their conduct, and to deter Defendants from ever perpetrating their conduct against any other person.

## II.  JURISDICTION AND VENUE

3. Pursuant to R.C. 1907.03 and 2305.01, this Court has original jurisdiction because this is a civil action where the amount in controversy exceeds the county court's exclusive original jurisdiction.

4. Pursuant to R.C. 2307.381-.385, and the Due Process Clauses of the federal and Ohio Constitutions, this Court has personal jurisdiction over Defendant Randy Horstley because he is a resident of, and has continuous and systematic contacts with, the State of Ohio.

5. Pursuant to R.C. 2307.381-.385, and the Due Process Clauses of the federal and Ohio Constitutions, this Court has personal jurisdiction over Defendant Fluor Constructors International, Inc. for the following reasons: it transacted business in this state; it caused tortious injury by an act or omission in this state; it caused tortious injury in this state to Plaintiff by an act outside this state committed with the purpose of injuring Plaintiff, when it might reasonably have expected that some person would be injured thereby in this state; and/or it purposefully availed itself of the privilege of acting in Ohio, its causes of action arise out of its activities in Ohio, and the exercise of jurisdiction over it is reasonable.

6. Pursuant to Civ.R. 3(C)(1), (C)(3), and/or (C)(6) this Court is the appropriate venue because Scioto County, Ohio is a county in which a defendant resides; is a county in which a defendant conducted activity that gave rise to the claims for relief; and/or is a county in which all or part of the claims for relief arose.

## III.  PARTIES

7. Plaintiff Anthony Snyder ("Plaintiff" or "Mr. Snyder") is a natural person who is a resident of Scioto County, Ohio. Defendant Fluor Constructors International, Inc. employed Mr. Snyder from February of 2013 up until it fired him on or about February 3, 2020.

2

8. Defendant Fluor Constructors International, Inc. ("Defendant Fluor" or the "Company") is a for-profit corporation that incorporated in the State of California and has its principal place of business in Greenville County, South Carolina. Defendant Fluor is an engineering services company that offers designing, procurement, fabrication, construction, maintenance, and project management services.

9. Defendant Randy Horstley ("Defendant Horstley") is a natural person who, upon information or belief, is a resident of Scioto County, Ohio. At all relevant times, Defendant Horstley had supervisory authority over Mr. Snyder. Defendant Horstley was an individual responsible for, and/or who participated in, the adverse employment action(s) against Mr. Snyder.

## IV.　FACTS

10. Mr. Snyder worked for Defendants as a welder foreman at their location in Scioto County, Ohio.

11. Mr. Snyder's performance always met or exceeded expectations.

12. At the time Defendants fired Mr. Snyder, he was 51 years old.

13. Shortly before Defendants fired Mr. Snyder, he posted a winch for sale on the internet.

14. Defendants accused Mr. Snyder of stealing the winch and terminated him based upon this accusation.

15. Mr. Snyder did not steal the winch.

16. Mr. Snyder offered to prove to Defendants that he did not steal the winch.

17. Mr. Snyder offered to have the original seller of the winch attest to the fact that Mr. Snyder purchased it from him six years prior to this incident.

18. Defendants refused to allow Mr. Snyder an opportunity to prove his innocence.

19. Defendants then replaced Mr. Snyder with Jason Thomas, who is around 30 years old and thus substantially younger than Mr. Snyder.

## V. CLAIMS FOR RELIEF

### COUNT I

**Violation of Ohio Revised Code Sections 4112.02(L), 4112.14, and/or 4112.99**
**(Age Discrimination – Termination of Employment)**

**Against All Defendants**

20. All of the preceding paragraphs are incorporated by reference as if fully restated in this paragraph.

21. Plaintiff was at all relevant times an "employee" within the meaning of R.C. 4112.01(A)(3).

22. Plaintiff was at all relevant times at least forty years old within the meaning of R.C. 4112.01(A)(14).

23. Defendants were at all relevant times "employer(s)" within the meaning of R.C. 4112.01(A)(2).

24. Defendants violated R.C. 4112.02(L), 4112.14, and/or 4112.99 when they terminated Plaintiff's employment because of his age. Alternatively, Plaintiff's age was a motivating factor in the decision by Defendants to terminate Plaintiff's employment.

25. As a proximate result of Defendants' actions, Plaintiff has been and continues to be damaged in an amount to be determined at trial but exceeding $25,000.

26. Consistent with R.C. 2315.21, Plaintiff is entitled to punitive damages because the actions or omissions of Defendants demonstrate malice or aggravated or egregious fraud, and/or

Defendants as principals or masters knowingly authorized, participated in, or ratified the actions or omissions that so demonstrate.

27. Consistent with the rule in *Columbus Finance, Inc. v. Howard*, 42 Ohio St.2d 178, 71 Ohio App.2d 174, 327 N.E.2d 654 (1975), and because Plaintiff is entitled to punitive damages, Plaintiff is entitled to reasonable attorneys' fees incurred in pursuing Count I. Alternatively, pursuant to R.C. 4112.14(B), Plaintiff is entitled to reasonable attorneys' fees incurred in pursuing I.

## COUNT II

### Violation of Ohio Revised Code Sections 4112.02(J) and/or 4112.99
### (Aiding and Abetting Unlawful Discrimination and Retaliation)

### Against Defendant Horstley

28. All of the preceding paragraphs are incorporated by reference as if fully restated in this paragraph.

29. Plaintiff was at all relevant times an "employee" within the meaning of R.C. 4112.01(A)(3).

30. Defendant Horstley was at all relevant times "person(s)" within the meaning of R.C. 4112.01(A)(1).

31. Defendant Horstley violated R.C. 4112.02(J) and/or 4112.99 when he aided, abetted, incited, compelled, or coerced the unlawful discrimination and/or retaliation against Plaintiff set forth in this Complaint.

32. As a proximate result of Defendant Horstley's actions, Plaintiff has been and continues to be damaged in an amount to be determined trial but exceeding at $25,000.

33. Consistent with R.C. 2315.21, Plaintiff is entitled to punitive damages because the actions or omissions of Defendant Horstley demonstrate malice or aggravated or egregious fraud,

5

and/or Defendant Horstley as principal or master knowingly authorized, participated in, or ratified the actions or omissions that so demonstrate.

34. Consistent with the rule in *Columbus Finance, Inc. v. Howard*, 42 Ohio St.2d 178, 71 Ohio App.2d 174, 327 N.E.2d 654 (1975), and because Plaintiff is entitled to punitive damages, Plaintiff is entitled to reasonable attorneys' fees incurred in pursuing Count II.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment in his favor on all claims in this Complaint and requests the following relief:

A. Economic compensatory damages in an amount to be determined at trial;

B. Non-economic compensatory damages in an amount to be determined at trial;

C. Liquidated, treble, punitive, or other exemplary damages in an amount to be determined at trial;

D. Reinstatement or, in the alternative, front pay in an amount to be determined;

E. Reasonable attorneys' fees incurred in pursuing the claims against Defendants;

F. All costs and expenses incurred in pursuing the claims against Defendants;

G. Pre- and post-judgment interest; and

H. All other legal and equitable relief this Court and/or a jury determines is appropriate.

## VII. JURY DEMAND

Pursuant to Civ.R. 38, Plaintiff demands a trial by jury on all claims and issues that are triable.

Respectfully submitted,

By: /s/ Kevin R. Kelleher
Jason E. Starling (Ohio Bar No. 0082619)
Kevin R. Kelleher (Ohio Bar No. 0099167)

WILLIS SPANGLER STARLING
4635 Trueman Boulevard, Suite 100
Hilliard, Ohio 43026
Telephone: (614) 586-7915
Facsimile: (614) 586-7901
jstarling@willisattorneys.com
kkelleher@willisattorneys.com

*Attorneys for Plaintiff Anthony Snyder*

E-FILED
09/01/2021 04:10 PM
KATHY L. SHUPERT, CLERK
COMMON PLEAS COURT
SCIOTO COUNTY OHIO
21CIH00177

# IN THE COURT OF COMMON PLEAS OF SCIOTO COUNTY, OHIO

## CIVIL CLASSIFICATION FORM

CASE NO: _____   STYLE: _____

- ❖ ____ A   PROFESSIONAL TORT
- ❖ ____ B   PRODUCT LIABILITY
- ❖ ____ C   OTHER TORTS
- ❖ ____ D   WORKERS' COMPENSATION
- ❖ ____ E   FORECLOSURE
- ❖ ____ F   ADMINSTRATIVE APPEAL
- ❖ ____ G   COMPLEX LITIGATION
- ❖ _X_ H   OTHER CIVIL

DATE: September 1, 2021
ATTORNEY: Kevin R. Kelleher
ADDRESS: 4635 Trueman Boulevard, Suite 100
Hilliard, OH 43026

TELEPHONE: (614) 586-7900

# THE COURT OF COMMON PLEAS, SCIOTO COUNTY, OHIO

## GENERAL DIVISION

## SUMMONS ON COMPLAINT

ANTHONY SNYDER
2776 DUTCH RIDGE ROAD
PORTSMOUTH, OH 45662

21CIH00177

vs.

FLUOR CONSTRUCTORS INTERNATIONAL, INC.
C/O STATUTORY SERVICECOMPANY
50 WEST BROAD STREET, SUITE 1330
COLUMBUSOH43215

TO THE WITHIN NAMED DEFENDANT, FLUOR CONSTRUCTORS INTERNATIONAL, INC.

YOU ARE HEREBY SUMMONED THAT A COMPLAINT (A COPY OF WHICH IS ATTACHED AND MADE A PART HEREOF) HAS BEEN FILED AGAINST YOU IN THIS COURT BY THE PARTY NAMED HEREIN.

YOU ARE REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY A COPY OF YOUR ANSWER TO THE COMPLAINT WITHIN 28 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE ON PLAINTIFF'S ATTORNEY. SAID ANSWER MUST BE FILED WITH THIS COURT WITHIN 3 DAYS AFTER SERVICE ON PLAINTIFF'S ATTORNEY.

THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS AS FOLLOWS:
JASON ERIC STARLING
WILLIS SPANGLER STARLING
4635 TRUEMAN BLVD, SUITE 100
HILLIARD, OH, 43026

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

KATHY L. SHUPERT
CLERK OF COURTS

9/2/2021

BY: _____
Deputy Clerk

(RULE 4 1970 OHIO RULES OF CIVIL PROCEDURE)

Certified Article Number
9414 7266 9904 2186 0186 76
SENDER'S RECORD

# THE COURT OF COMMON PLEAS, SCIOTO COUNTY, OHIO

## GENERAL DIVISION

## SUMMONS ON COMPLAINT

ANTHONY SNYDER
2776 DUTCH RIDGE ROAD
PORTSMOUTH, OH 45662

21CIH00177

vs.

RANDY HORSTLEY
2446 GALLIA PIKE
FRANKLIN FURNACE OH 45629

TO THE WITHIN NAMED DEFENDANT, RANDY HORSTLEY

YOU ARE HEREBY SUMMONED THAT A COMPLAINT (A COPY OF WHICH IS ATTACHED AND MADE A PART HEREOF) HAS BEEN FILED AGAINST YOU IN THIS COURT BY THE PARTY NAMED HEREIN.

YOU ARE REQUIRED TO SERVE UPON THE PLAINTIFF'S ATTORNEY A COPY OF YOUR ANSWER TO THE COMPLAINT WITHIN 28 DAYS AFTER SERVICE OF THIS SUMMONS UPON YOU, EXCLUSIVE OF THE DAY OF SERVICE ON PLAINTIFF'S ATTORNEY. SAID ANSWER MUST BE FILED WITH THIS COURT WITHIN 3 DAYS AFTER SERVICE ON PLAINTIFF'S ATTORNEY.

THE NAME AND ADDRESS OF THE PLAINTIFF'S ATTORNEY IS AS FOLLOWS:
JASON ERIC STARLING
WILLIS SPANGLER STARLING
4635 TRUEMAN BLVD, SUITE 100
HILLIARD, OH, 43026

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

KATHY L. SHUPERT
CLERK OF COURTS

9/2/2021

BY: _____
Deputy Clerk

(RULE 4 1970 OHIO RULES OF CIVIL PROCEDURE)

Certified Article Number
9414 7266 9904 2186 0186 69
SENDER'S RECORD

Return Receipt (Form 3811) Barcode

9590 9266 9904 2186 0186 79

**1. Article Addressed to:**

FLUOR CONSTRUCTORS
INTERNATIONAL, INC.
C/O STATUTORY SERVICE COMPANY
50 WEST BROAD STREET, SUITE 1330
COLUMBUS, OH 43215

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2186 0186 76

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

RECEIVED
Corporation Service Company

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 0 8 2021

By
Steven J. Hatcher
Agent

**3. Service Type:**
☒ Certified Mail

**Reference Information**
ANTHONY SNYDER -VS-
FLUOR CONSTRUCTORS INTERNATIONAL,
21CIH00177

Domestic Return Receipt

**USPS TRACKING #**



9590 9266 9904 2186 0186 79

**United States Postal Service®**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address and ZIP+4® below •

**KATHY SHUPERT**
**SCIOTO COUNTY CLERK OF COURTS**
**602 7TH ST RM 205**
**PORTSMOUTH OH 45662-3948**


(Summons & Complaint)

RANDY HORSTLEY
2446 GALLIA PIKE
FRANKLIN FURNACE, OH 45629

21CIH00177

Thank you for using Return Receipt Service

7403542057 SCIOTO CLERK OF COURTS 02:45:05 p.m. 09-29-2021 9/9

## 21CIH00177 SNYDER, ANTHONY -VS- FLUOR CONSTRUCTORS INTERNATIONAL, INC.

- Case Type:
- OTHER CIVIL
- File Date
- 09/01/2021
- DCM Track:
-
- Action:
- OTHER CIVIL
- Case Judge:
- KUHN, MARK E
- Next Event:
-

**All Information**   Party   Docket   Disposition

### Party Information

**SNYDER, ANTHONY**
**- PLAINTIFF**

- DOB
-
- Disposition
-
- Disp Date
-

- Address
- 2776 DUTCH RIDGE ROAD
  PORTSMOUTH, OH  45662

**Alias**

**Party Attorney**
- Attorney
- KELLEHER, KEVIN R
- Address
- WILLIS SPANGLER STARLING
  4635 TRUEMAN BLVD, SUITE 200
  HILLIARD, OH  43026
- Phone
- (614)586-7915
- Attorney
- STARLING, JASON ERIC
- Address
- WILLIS SPANGLER STARLING
  4635 TRUEMAN BLVD, SUITE 200
  HILLIARD, OH  43026
- Phone
- (614)586-7915

**More Party Information**

**FLUOR CONSTRUCTORS INTERNATIONAL, INC.**
**- DEFENDANT**

- DOB
-
- Disposition
-
- Disp Date
-

- Address
- C/O STATUTORY SERVICECOMPANY
  50 WEST BROAD STREET, SUITE 1330
  COLUMBUS, OH  43215

**Alias**

**Party Attorney**

**More Party Information**

**HORSTLEY, RANDY**
**- DEFENDANT**

- DOB
-
- Disposition
-
- Disp Date
-

- Address
- 2446 GALLIA PIKE
  FRANKLIN FURNACE, OH  45629

**Alias**

**Party Attorney**

**More Party Information**

## Docket Information

| Date | Docket Text |
|---|---|
| 09/01/2021 | COMPLAINT WITH JURY DEMAND FILED<br>**REFILED CASE NO 20CIH139<br>09/01/2021 04:10 PM<br>Attorney: KELLEHER, KEVIN R |
| 09/01/2021 | CIVIL CLASSIFICATION FORM<br>09/01/2021 04:10 PM<br>Attorney: KELLEHER, KEVIN R |
| 09/02/2021 | CIVIL DEPOSIT Receipt: 93828 Date: 09/02/2021 |
| 09/02/2021 | CIVIL FILING FEES Receipt: 93828 Date: 09/02/2021 |
| 09/02/2021 | SUMMONS ISSUED WITH CERT COPY OF COMPLAINT VIA CERT MAIL TO DEFTS |
| 09/13/2021 | RETURN RECEIPT FILED.  SERVED<br><br>FLUOR CONSTRUCTORS INTERNATIONAL INC %STATUTORY SERVICE COMPANY 50 WEST BROAD ST SUITE 1330 COLUMBUS OH 43215<br>**S/RECEIVED CORPORATION SERVICE COMPANY BY STEVEN J HATCHER AGENT (STAMPED)  D/9-8-2021 (STAMPED) |
| 09/27/2021 | ENVELOPE RETURNED.  ADDRESSED TO:<br><br>**RANDY HORSTLEY, 2446 GALLIA PIKE, FRANKLIN FURNACE, OH 45629<br>(SUMMONS & COMPLAINT)<br>******"INSUFFICIENT ADDRESS"******<br>NOTIFED ATTY KEVIN R KELLEHER |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Undisposed | | KUHN, MARK E |